Dustin P. Mansoor
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
Email:  dmansoor@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AYANNA GREENE, as Assignee of Gznee Cooper,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACCOUNT RESOLUTION SERVICES, EQUIFAX INC. AND CREDIT COLLECTION SERVICES,<br><br>　　　　　Defendants. | Case No.: 1:23-CV-01163-KMW-EAP<br><br>**L. CIV. R. 6.1(B) EXTENSION** |

　　　　Pursuant to Local Civil Rule 6.1(b), Equifax Information Services LLC, incorrectly named as Equifax Inc., ("Equifax" or "Defendant"), hereby applies for a Clerk's Order extending the time within which it may answer, move, or otherwise respond to the Complaint filed by Plaintiff Ayanna Greene by fourteen (14) days and represents that:

　　　　1.　　No previous extension has been obtained;

　　　　2.　　Plaintiff served the Complaint on Equifax on March 13, 2023; and

　　　　3.　　Defendant's Time to Answer, Move, or otherwise Respond expires on April 3, 2023.

93300682v.1

Dated: March 30, 2023                                  Respectfully submitted,

                                                        SEYFARTH SHAW LLP

                                                        By: */s/ Dustin P. Mansoor*
                                                             Dustin P. Mansoor

                                                      *Counsel for Defendant*
                                                      *Equifax Information Services LLC, incorrectly named as Equifax Inc.*

## **ORDER**

The above application is GRANTED. Defendant's time to Answer, Move, or otherwise Respond is extended by fourteen (14) days to, April 17, 2023.

                                                     WILLIAM T. WALSH, Clerk of the
                                                     United States District Court
                                                     District of New Jersey

                              By: _____
                                                            Deputy Clerk

Dated: _____, 2023

93300682v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, I presented the foregoing L. CIV. R. 6.1(b) EXTENSION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Ayanna Greene, as Assignee of Gznee Cooper
> 9222 Sylvan Terrace
> Pennsauken, New Jersey  08110

> */s/ Dustin P. Mansoor*
> Dustin P. Mansoor
> *Counsel for Defendant*
> *Equifax Information Services LLC, incorrectly named as Equifax Inc.*

93300682v.1