

Case 1:23-cv-01163-KMW-EAP Document 7 Filed 04/04/23 Page 1 of 6 PageID

USPS TRACKING #

ATLANTA METRO 301
13 MAR 2023 PM 10 L

9590 9402 7982 2305 9474 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Ayanna Greene
4222 Sylvan terrace
Pennsauken NJ 08110

RECEIVED
APR 04 2023
AT 8:30
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Equifax Inc
   1558 Peachtree St NE
   Atlanta GA 30309

   9590 9402 7982 2305 9474 64

2. Article Number (Transfer from service label)

   7020 1290 0000 1832 6636

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                3-13-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE | | |
|---|---|---|---|
| NAME OF SERVER (PRINT) Valerie Cooke | TITLE | | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ ; or

☐ Other (specify): USPS Tracking
9590 9402 7982 2305 9474 64

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 4, 2023         Valerie Cooke
              Date                  Signature of Server

                                    3048 essex rd
                                    Address of Server

**RECEIVED**

APR 0 4 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

USPS TRACKING #

9590 9402 7982 2305 9474 57

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box

Ayanna Greene
222 Sylvan terrace
Pennsauken NJ 08110

RECEIVED
APR 04 202[3]
AT 8:30
CLERK, U.S. DISTRICT COURT

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Acct Resolution Service
643 Harrison Pkwy STE
0 Bldg H.
Sunrise FL 33323

9590 9402 7982 2305 9474 57

2. Article Number (Transfer from service label)

7020 1290 0000 1832 6643

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE April 4 2023 |
| NAME OF SERVER *(PRINT)* Valerie Cooke | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____ ; or

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 4 2023         Valerie Cooke
              Date                 *Signature of Server*

                                   3048 essex rd
                                   *Address of Server*

**RECEIVED**

APR 04 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ