

**BARRON & NEWBURGER, P.C.**

Mitchell L. Williamson

*Of Counsel, Licensed in New Jersey & New York*
Phone: (732) 630-5970 | Fax: 845-499-2992 | mwilliamson@bn-lawyers.com

April 11, 2023

*Via ECF*
Honorable Karen M. Williams, U.S.D.J.
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

      Re:    <u>**Ayanna Green as assignee of Gznee Cooper v.Credit Collection Services, Et al**</u>
             United States District Court for the District Of New Jersey (Camden)
             1:23-cv-01163-KMW-EAP

Dear Judge Williams:

The undersigned represents Defendant Account Resolution Services, LLC ("ARS") in the above referenced matter. ARS was recently served with the Complaint in this matter and it appears to have been filed by Ayanna Greene on behalf of Gznee Cooper. While the caption of the Complaint reads "Ayanna Green as assignee of Gznee Cooper" it appears that Ms. Green is not asserting the instant claims were assigned to her (which would raise different issues) but that she is representing Ms. Cooper. On information and belief, Ms. Greene is not an attorney licensed in the state of New Jersey and therefore may not act as one and file complaints on behalf of others. If Ms. Greene has some other form of legal relationship with Ms. Cooper, such as being her Guardian ad Litem, that should be disclosed. Rather than simply file an answer, wait several months, ARS thought it prudent to bring this issue to the Courts attention before we proceed any further. It would be ARS's request that the Court issue an Order to Show Cause that the question of who is the Plaintiff and who, if anyone, represents her, be straightened out before there are any further proceedings. It is of note that Ms Greene is also attempting to represent a third party in the matter entitled Greene v. Experian Information Solutions et al, 1:23-cv-01333-RBK-MJS, also pending in this Court. Thank you for your consideration of this request.

                              Respectfully submitted,
                              BARRON & NEWBURGER, P.C.
                              *Mitch Williamson*
                              Mitchell L Williamson

      cc:     All Counsel of record via ECF
               Plaintiff via email support@nettiaconsulting.com