Dustin P. Mansoor
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
Email:  dmansoor@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AYANNA GREENE, as Assignee of Gznee Cooper,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES, EQUIFAX INC. AND CREDIT COLLECTION SERVICES,<br><br>Defendants. | Civil Action No.:<br>1:23-CV-01163-KMW-EAP<br><br>**NOTICE OF SETTLEMENT & REQUEST FOR 60-DAY ORDER** |

Defendant Equifax Information Services LLC, incorrectly named as Equifax Inc., ("Equifax"), and hereby notifies the Court that the *pro se* Plaintiff Ayanna Greene, as Assignee of Gznee Cooper, and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax., and are in the process of consummating the terms of the settlement agreement.

Accordingly, we respectfully request that the Court enter a 60-Day Order while the parties are in the process of finalizing the terms in a written agreement, after which time the parties anticipating filing a dismissal with prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court.  We make this request with consent from Plaintiff.

Dated: April 25, 2023

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Dustin P. Mansoor*
    Dustin P. Mansoor

*Counsel for Defendant
Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that on April 25, 2023, a true and correct copy of the foregoing NOTICE OF SETTLEMENT & REQUEST FOR 60-DAY ORDER has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and sent via U.S. Mail with adequate postage thereon addressed as follows:

>Ayanna Greene, as Assignee of Gznee Cooper
>9222 Sylvan Terrace
>Pennsauken, New Jersey  08110

*/s/ Dustin P. Mansoor*
Dustin P. Mansoor
*Counsel for Defendant*
*Equifax Information Services LLC*