IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AYANNA GREENE, as Assignee of Gznee Cooper,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES, EQUIFAX INC. AND CREDIT COLLECTION SERVICES,<br><br>Defendants. | Case No.: 1:23-cv-01163-KMW-EAP<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO ACCOUNT RESOLUTION SERVICES, AND CREDIT COLLECTION** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO
DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

NOTICE IS HEREBY GIVEN that Pro Se Plaintiff Ayanna Greene, as Assignee of Giznee Cooper, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in her complaint against Defendants ACCOUNT RESOLUTION SERVICES, and CREDIT COLLECTION SERVICES, with prejudice.

Defendants ACCOUNT RESOLUTION SERVICES, and CREDIT COLLECTION SERVICES has neither filed an answer to the complaint nor a motion for summary judgement as to these claims. Dismissal under Rule 41(a)(i) is therefore appropriate.

Dated: June 17, 2023

                                            Respectfully submitted,

                                            PRO SE PLAINTIFF

                                               *Ayanna Greene*
                                            Ayanna Greene, as Assignee of
                                            Giznee Cooper
                                            *Pro Se Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that, on May 2, 2023, I filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

          *Ayanna Greene*
Ayanna Greene, as Assignee of
Giznee Cooper
Pro Se Plaintiff