IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AYANNA GREENE, as Assignee of Gznee Cooper,<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNT RESOLUTION SERVICES, EQUIFAX INC. AND CREDIT COLLECTION SERVICES,<br><br>Defendants. | Case No.: 1:23-cv-01163-KMW-EAP<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO ACCOUNT RESOLUTION SERVICES, AND CREDIT COLLECTION |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

NOTICE IS HEREBY GIVEN that Pro Se Plaintiff Ayanna Greene, as Assignee of Giznee Cooper, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in her complaint against Defendants ACCOUNT RESOLUTION SERVICES, and CREDIT COLLECTION SERVICES, with prejudice.

Defendants ACCOUNT RESOLUTION SERVICES, and CREDIT COLLECTION SERVICES has neither filed an answer to the complaint nor a motion for summary judgement as to these claims. Dismissal under Rule 41(a)(i) is therefore appropriate.

Dated: June 17, 2023

So Ordered this 21st day of June, 2023

*KAREN M. WILLIAMS*
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

PRO SE PLAINTIFF

*Ayanna Greene*
Ayanna Greene, as Assignee of
Giznee Cooper
*Pro Se Plaintiff*

93612920v.1